IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00553-WYD-NYW

COLORADO CROSS-DISABILITY COALITION,
PETER KURLANDER, on behalf of himself and as parent and next friend of JAX KURLANDER, and
KIRSTIN KURLANDER, on behalf of herself and as parent and next friend of JAX KURLANDER,

    Plaintiffs,

v.

BEHAVIOR SERVICES OF THE ROCKIES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice filed June 23, 2015.  Having reviewed the Motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss with Prejudice (ECF No. 19) is **GRANTED.**  All claims between Plaintiffs and Defendant in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  June 25, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge